IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRINA L. PALMER, <br>     Plaintiff, <br><br> v. <br><br> KRAFT FOODS GLOBAL, INC. and NABISCO, INC., <br>     Defendants. | CIVIL ACTION <br><br><br><br><br> NO. 13-6260 |

## ORDER REMANDING CASE TO STATE COURT

**AND NOW**, this 29th day of January, 2014, upon consideration of Defendant's Notice of Removal, ECF No. 1, Plaintiff's Motion to Remand to State Court, ECF No. 3, and Defendant's Response in Opposition to the Motion to Remand, ECF No. 5, it is hereby **ORDERED** that the Motion is **GRANTED** and the case is **REMANDED** to the Philadelphia County Court of Common Pleas.

It is **FURTHER ORDERED** that Plaintiff may file a motion for the fees and costs that Plaintiff incurred as a result of the removal.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 13\13-6260 palmer v. kraft food\Order Remanding to State Court.docx