IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRINA L. PALMER,<br>    Plaintiff,<br><br>    v.<br><br>KRAFT FOODS GLOBAL, INC. and NABISCO, INC.,<br>    Defendants. | CIVIL ACTION<br><br><br><br><br><br><br>NO. 13-6260 |

## ORDER

**AND NOW**, this 14th day of May, 2014, upon Honorable David R. Strawbridge having filed a Report and Recommendation for Plaintiff's petition for Attorneys' Fees and no objections having been filed it is hereby **ORDERED**:

1. The Report and Recommendation is **APPROVED**.

2. Attorneys' fees are awarded to plaintiff in the amount of $1,600.00.

3. The Clerk shall close this case.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 13\13-6260 palmer v. kraft food\13cv6260.051415.r.r..docx